IN THE UNITED STATES DISTRICT COURT\
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:14CR39-3 |
| | : | |
| v. | : | CORPORATE RESOLUTION |
| | : | |
| INTERNATIONAL LABOR MANAGEMENT CORP. | : | |

I am the authorized corporate representative of International Labor Management Corporation (ILMC). I have read the Bill of Indictment against ILMC and have discussed it with counsel. I understand the charges and the elements of each charge that the Government would have to prove to convict ILMC at trial. I have read the related Plea Agreement and have carefully reviewed every part of it with ILMC's attorney. I understand the terms and conditions contained in the Plea Agreement, and I voluntarily agree to them. I have discussed with ILMC's attorney the rights the corporation may have to appeal or challenge its sentence, and the corporation understands that the appeal waiver contained in the Plea Agreement will prevent it, with the narrow exceptions stated, from appealing its sentence or challenging its sentence in any post-conviction proceeding. No one has threatened or force the corporation to plead guilty, and not promises or inducements have been made to the corporation other than those discussed in the

Plea Agreement. The discussions between the corporation's attorney and the Government toward reaching a negotiated plea in this case took place with the corporation's permission. The corporation is fully satisfied with the representation provided by its attorney in this case.

_____  7/31/14
Defendant                       Date
International Labor Management Corporation
Sarah E. Farrell, President


I am the attorney for International Labor Management Corporation (ILMC/the corporation). I have carefully reviewed the charges and the Plea Agreement with all relevant officials for the corporation. To my knowledge, my client is making an informed and voluntary decision to plead guilty and to enter into the Plea Agreement.

_____  7/31/14
Josh Howard                     Date
Attorney for ILMC
Gammon, Howard & Zeszotarski., PLLC
115 1/2 West Morgan Street
Raleigh, NC 27601
NC Bar No. 26902