IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA     :
                             :
v.                           :      1:14CR39-3
                             :
INTERNATIONAL LABOR MANAGEMENT :
CORPORATION                  :

## ORDER OF FORFEITURE

**WHEREAS**, on July 31, 2014, Defendant INTERNATIONAL LABOR MANAGEMENT CORPORATION pled guilty to Counts Two through Forty-One of the Indictment, and agreed to immediately and voluntarily release and forfeit all property constituting or derived from proceeds from the criminal violations to which it pled guilty; and

**WHEREAS**, Defendant INTERNATIONAL LABOR MANAGEMENT CORPORATION is subject to and consented to the entry of a forfeiture money judgment against it in the amount of One Million One Hundred Twenty Thousand and 00/100 Dollars ($1,120,000.00), in that this amount constitutes the amount of proceeds derived from the criminal violations to which it has pled guilty;

**WHEREAS**, the United States filed a Motion for Issuance of an Order of Forfeiture, which would consist of a personal money

judgment against Defendant in the amount of One Million One Hundred Twenty Thousand and 00/100 Dollars ($1,120,000.00); and

**WHEREAS**, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant INTERNATIONAL LABOR MANAGEMENT CORPORATION shall forfeit to the United States the sum of One Million One Hundred Twenty Thousand and 00/100 Dollars ($1,120,000.00) pursuant to Title 21, United States Code, Section 1324;

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(4), Defendant consented to the forfeiture and this Order of Forfeiture is therefore final as to Defendant and shall be included in the judgment;

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed One Million One Hundred Twenty Thousand and 00/100 Dollars ($1,120,000.00) to satisfy the money judgment in whole or in part; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office, Attention: Lynne P. Klauer, Assistant United States Attorney.

This the 30th day of October, 2014.

*William L. Osteen, Jr.*
UNITED STATES DISTRICT JUDGE

- 3 -